# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Advanced Legal Services, <br> John Doe, Judicial Prosecutors Ltd, <br> Intervener/Plaintiff, <br> <br> Vs. <br> <br> Lloyd James Brooks, **as an individual**, <br> Timothy Charles Evans **as an individual**, <br> Maryam Muhammad, Gisele Brown, as Individuals, <br> Thomas Dart, as an individual <br> Sheriff deputy thug John Doe1 * <br> Sheriff deputy thug John Doe1 * <br> <br> <br> <br> <br> Defendants. | **24-cv-1510** <br> <br> **Action under 42 U.S.C Section 1983;** <br> **Civil Damages for criminal violation of Hobbs Act: "Malicious Persecution and Harassment under color of office"** <br> **Civil Damages for Felony crimes under Title 18 Section 241, Title 18 U.S. Code § 873 Blackmail, Criminal Extortion;** <br> **Title §1951(a) RICO CRIMES,** <br> **Civil Damages for Criminal violations of First Amendment Rights** <br> **Civil Damages for crimes under RICO.** <br> **Public Fraud, Corruption, Forgery, Aiding Perjury, Felony Harassment, Extortion, Retaliation under color of office** <br> **TWELVE PERSON JURY DEMAND** <br> **Damages sought:** <br> **SIX HUNDRED Million dollars** <br> **Punitive Damages: One Billion Dollars** |

**PETITION FOR EMERGENCY ORDER ON THE FILED PETITION FOR ORDER OF PROTECTION RESTRAINING ORDER AGAINST THE DEFENDANTS LLOYD JAMES BROOKS, TIMOTHY EVANS, MARYAM MOHAMMED – CAPTION PARAGRAPHS XII ; Pages 44-49 OF THE COMPLAINT**

1. On December 17, 2024, Plaintiff notified the defendants of this law suit seeking waiver of service of summons under the Federal statutes.

2. Subsequently, defendant Brooks and Evans have *doubled down* on their threats, harassment threatening the Plaintiff and his family, including anonymous life threatening phone calls from numerous UNLISTED NUMBERS with caller ID showing anonymous; SPOOFED phone numbers to show fake numbers in caller ID to prevent tracking and to camouflage the

identity of the caller. likely "hitmen' hired by the defendant felons Brooks and Evans. Plaintiffs have notified the FBI.

3. Plaintiff John Doe and his family is seriously threatened of their safety of their lives as the blood thirsty hyenas and maniacs Lloyd Brooks and Timothy Evans are capable of *murder*

4. Plaintiffs believe there is a "CLEAR AND PRESENT DANGER" to the Plaintiff John Doe and his family by the crazy thugs Brooks and Evans.

5. In all their criminal scheme, defendant Muhammad, (likely from a Terrorist country, likely associated with 911 'mastermind' Muhammad) is an active criminal accomplice.[1]

6. As recent as December 26, 2024, as a retaliation for sued the felons; for sought Illinois Supreme Court Rule 137 sanctions against defendant Lloyd Brooks client -Selene Finance , defendant maniac Brooks disregarded the State First District Appellate Court jurisdiction since November 6, 2024; disregarded Appellate mandate; entertained *exparte* filings through 'back door' by his client Selene, when felon Brooks has NO jurisdiction.

7. This is done with a criminal intent to harass, intimidate and threaten the Plaintiff John Doe and his family; with criminal intent to indulge in *felony extortion* of the Plaintiffs to drop a Federal law suit against defendant felon Brooks client- Selene.

8. As furtherance of his criminal scheme, ploy and "set-up " the dangerous thug Brooks with *blood thirsty rage* of a serial killer and to harm the Plaintiff and his family , entertained an *exparte, non-jurisdictional* filing in a non-existent , non-jurisdictional state case .

---

[1] Plaintiffs recently discovered from the State comptroller office which keeps a database of state employees, that the defendant Maryam Mohammed is spelled as Muhammad. Though it might be a 'scrivener's error, Plaintiff nevertheless will file a formal amendment to the caption of the case to reflect the correct last name of the defendant Maryam.

9. This Court is also informed of the calculative cunning criminal thug defendant Lloyd Brooks <u>knew fully well</u> that the thug is assigned '<u>TEMPORARILY</u>' the State case by the Presiding Judge Sophia Hall for a '<u>LIMITED PURPOSE</u>" on a Petition for <u>SOJ for cause</u>; and for <u>random re-assignment</u> thereafter.

10. However, as pleaded in the instant law suit, the felon Brooks despite NO authority given to felon Brooks by Presiding Judge Hall other than for limited purpose to hear the SOJ for cause; despite having NO jurisdiction to even hear the SOJ for cause as the State case has been in Appellate court jurisdiction since November 6, 2024, allowed his client through 'back door' on December 26, to file *exparte* filings for undisclosed sum of 'cash bribes' when felon Brooks has NO jurisdiction even on the 'LIMITED" assignment for SOJ for cause as the <u>matter and the mandate in Appellate jurisdiction</u>.

11. Defendant felon Brooks is fully aware he has NO jurisdiction; knew fully well felon Brooks client Michale Crowe meritless, frivolous, foolish claim that the E mail Notice of a Federal law suit filed against Brooks 'client' Selene and noticed to the unrepresented defendant Selene in Federal case in a different State, fraudulently the Notice of Federal Law suit as communication to a represented defendant in the unrelated, non-jurisdictional, non-existent State case (for which felon Brooks also acting as "pseudo" judge for his client in NON-JURISDICTIONAL State case.)

12. Defendant felon Brooks' client Selene who are sued in Federal court is NOT represented in the Federal case; no appearance on file in the Federal case either as *Pro se* or by a counsel; neither the defendant felon Brooks has jurisdiction over Federal court; and or over any communication related to Federal case to the defendants in Federal case.

13. Additionally, the perverted sadist crook , defendant Brooks and his criminal accomplice Muhammad, for the sole purpose of harassment and defamation have been maliciously disseminating E mail communications from the thugs Brooks and Muhammad to UNRELATED THIRD PARTIES including Emails to counsels who were no longer on record for Plaintiffs/counter-Plaintiffs in State case. Attached is an Email from December 11, 2024 from the perverted sadist thug defendant felon Brooks to the Plaintiff , as one of the material evidence of harassment, abuse and defamation of the Plaintiff.

14. Plaintiffs believe and are convinced as pleaded in the law suit that the defendant felon Lloyd Brooks is a <u>dangerous criminal crook</u> from crime infested Negro felons neighborhood, and continue to exhibit a <u>pattern of consistent criminal behavior</u> against the United States Constitution; against the Plaintiffs; and against (corrupt Cook county) State judiciary where appointments to Cook county judiciary are made based on "skin color" and even felons like defendant Brooks are '*handed out*' a 'black robe' ; continue to abridge the United States Constitution; continue to add to his crimes of " High crimes and Misdemeanor" and violation of oath of office.

15. Plaintiffs believe and are convinced as pleaded in the law suit that the coward defendant felon Brooks, a despicable *duschebag* is <u>capable of murder</u> *hiding and camouflaging* under the *veil of a public office*; has indulged in Federal crimes of *malicious persecution*; *felony stalking; felony harassment*, *felony violation of the First Amendment Rights to the United States Constitution; Felony violations of the Due process clause of the Fourteenth Amendment rights to the United States constitution* .

16. Plaintiff John Doe and his family is *endangered* by the defendant Lloyd James Brooks, an out of control, crazy maniacal psychopath with questionable mental health, a residual slave

and a piece of despicable scum who is now in delusion as a "king" with his *toilet seat* as 'throne,' who in criminal collusion with his crime partner and defendant Timothy Evans and his criminal accomplice and 'mistress' defendant Muhammad pose formidable danger to the lives Plaintiffs.

17. Plaintiffs seek an Emergency Order of Protection and Restraining order be entered from Chambers as allowed in such OP Petitions. Though no notice required for Emergency Order on OP petitions , nevertheless defendants, were noticed and aware of the Law suit served on them electronically on December 17, 2024 with proof of delivery receipt. (The *mugshot* of this *crazy* looking psychotic maniac felon Lloyd Brooks will be given to U.S. Marshall and FBI for identification)

18. Additionally, Plaintiff request that this Court enter a 'STANDING ORDER" for <u>immediate arrest</u> of the defendants Lloyd James Brooks, Timothy Charles Evans, Maryam Muhammad for any reported violations of the Order of Protection and Restraining Order and the Court waive any Rule to show cause hearing requirement for such criminal violations by the defendants.

**WHEREFORE** , Plaintiffs respectfully request that an Emergency Order of Protection and Restraining order be entered per the relief sought in **Caption Paragraph XII Pages 44-49 of the Complaint- Document 1;** set status for a Plenary order on the Petition for Order of Protection and Restraining order.

Respectfully submitted.

By: /**s/John Doe**

Dated: December 26, 2024