IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Advanced Legal Services, ) | |
| John Doe, Judicial Prosecutors Ltd, ) | Case No: **24-cv-1510** |
| Intervener/Plaintiff, ) | |
| ) | |
| ) | **Action under 42 U.S.C Section 1983;** |
| Vs. ) | **Civil Damages for criminal violation of** |
| ) | **Hobbs Act: "Malicious Persecution** |
| Lloyd James Brooks, **as an individual**, ) | **and Harassment under color of office"** |
| Timothy Charles Evans **as an individual**, ) | **Civil Damages for Felony crimes under** |
| Maryam Muhammad, Gisele Brown, as ) | **Title 18 Section 241, Title 18 U.S. Code** |
| Individuals, ) | **§ 873 Blackmail, Criminal Extortion**; |
| Thomas Dart, as an individual ) | **Title §1951(a) RICO CRIMES**, |
| Sheriff deputy thug  John Doe1 * ) | **Civil Damages for Criminal** |
| Sheriff deputy thug  John Doe1 * ) | **violations of First Amendment Rights** |
| **Marian Emily Perkins, as an individual,** ) | **Civil Damages for crimes under RICO.** |
| **Sophia Harriet Hall, as an individual,** ) | **Public Fraud, Corruption, Forgery ,** |
| ) | **Aiding Perjury, Felony Harassment,** |
| ) | **Extortion, Retaliation under 'color of office,** |
| ) | **Felony attempt to commit MURDER** |
| ) | **TWELVE PERSON JURY DEMAND** |
| ) | **Damages sought:** |
| ) | **SIX HUNDRED Million dollars** |
| Defendants. ) | **Punitive Damages: One Billion Dollars** |

**FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15 (1) ( A ) TO ADD DEFENDANT SOPHIA HARRIET HALL , MARIAN EMILY PERKINS**

1. Federal Rules on Civil Procedure  Rule 15 (1) (A) allows a complaint be amended as a "Matter of Course" without leave of court, within 21 days of <u>service</u> of the Complaint.

2. The 21 days Rule to amend as "matter of course" is even allowed <u>from the day</u> of <u>service</u> of summons on the law suit; here in the instant case, none of the defendants have returned the "waiver of service of summons " as required under Rule 4 (d) ( 1 )

3. Plaintiffs incorporate as paragraph 3, the original complaint as fully stated herein as for the claims and damages against the added defendants -Sophia Harriet Hall and Marian Emily Perkins.. ( Dkt.at 1)

4. Plaintiffs sue the defendant Sophia Hariet Hall and Marian Emily Perkins for damages inflicted on the Plaintiff John Doe (and Jane Doe who will soon be added as co-Plaintiff through a joinder motion)

5. Defendants Hall and Perkins conspired as a RICO style conspiracy and crime in collusion defendant felon Lloyd Brooks; engaged in a consorted effort to violate the Plaintiffs; violated Civil and Federal criminal statutes under Title 18 U.S.C § 241 -<u>Denying , Disenfranchising the rights of citizens/Plaintiffs</u>;  Civil and criminal violations of <u>Due Process clause of the Fourteenth Amendment Rights</u> to  the United States Constitution<u>;  Civil and criminal violations of the First Amendment Rights</u> to the United States Constitution to Petition courts for grievances..

6.  The newly discovered  facts incriminate  that defendant Hall and Perkins and <u>are indeed an active , willing participant, willing "player'</u> in the  background, and are <u>criminal accomplices</u> in the numerous abuses, causes of action  against the felon , defendant Lloyd Brooks and others  who are  sued here;  violated the Plaintiff John Doe and his wife (who will be added as additional Plaintiff) ; that Hall and Perkins are co-conspirators and part of   Title §1951(a) RICO style criminal scheme -criminal conspiracy to deny the rights of the Plaintiffs; to disenfranchise rights of the Plaintiffs and to "fix cases" for known law firms; for known lawyers to enhance Hall, Perkins and felon Brooks pecuniary interests.

7. In fact , defendant Hall has 'covert' relationship with the law firm who represents a white collar criminal Ocwen/PHH in chancery case in State court, who have pumped thousands of dollars in every retention election of Hall in exchange for 'return favors to fix cases' .

8. As such defendant Hall is not only violated every judicial canons of ethics which are just in 'dormant books, but also a criminal accomplice in the 'cash for case fixing' scheme; a cohort and co- conspirator in obstruction of justice by the defendant felon Lloyd Brooks.

9. The rookie Negro to bench felon Brooks , the mental case maniac, whose only qualification is a Negro, got into bench by *fluke* by garnering all the Negro votes including Negro felons serving time in prison for rape, murder who voted for felon Brooks in the recent election, when felon Brooks itself is a fugitive felon who escaped the jaws of criminal justice system through political clout, favoritism; 'bought the prosecutorial silence' from a former Negro state attorney to clear the path for felon Brooks to pollute the judiciary and get on to judicial ballot.

10. This Court might be aware that Cook county judiciary is a the most Corrupted court system in the Country; the former "Chief Justice" Anne Burke started her *corrupt* judicial career through her then *corrupt* alderman husband Ed Burke ; got elevated to Appellate court through corruption. Bribery, political clout. The felon Anne Burke while in Appellate court "fixed" the appeal in favor of her client insurance company for "undisclosed sums of bribes" Anne husband just started his Federal prison sentence for corruption and bribery. https://www.cbsnews.com/chicago/news/former-chicago-alderman-ed-burke-to-report-to-prison-monday/

11. This Court might also be aware of the famous "Greylord Investigation" dubbed "Operation Silver Shovel" of late 80s and early 90s, where dozens of corrupt criminal crooks crawling

the walls of the Daley center like defendant felons Brooks and Evans, donned in *black robe*, were rounded up by FBI ; indicted by Federal Grand Jury; prosecuted , convicted by Federal Jury, and slammed into decades of Federal prison time.

12. As recent as 2016 and 2019 Federal Judge Thomas Durkin sentenced two Cook County crooks- *black robe felons* to Federal prison, This court will do justice by adding defendant felons Brooks, Evans , Hall , Perkins in that "elite club" of Federal prisoners who once donned in '*black robe'*, now donned in '*orange robe.*'

13. The history repeats with new *breed of judicial felons* like defendant felons Lloyd Brooks, Timothy Evans, Sophia Hall , Marian Perkins of the 'elite club ' of *judicial felons*; despicable scums; pathetic creatures crawling the walls of judiciary and Justice system in undeserved *black robe*; the despicable scums with no self-esteem, self- respect, lagging basic decency and dignity of a cultured 'Homo sapiens.' The defendant felons Hall and Perkins like the other defendants, are raw evil souls with no judicial scruples, no judicial character, no moral character, possess unprecedented moral turpitude. These *douchebags* in delusion they are "kings and queens."   There is NO monarchy in American Judiciary.

14. As narrated in the "Background Facts," and in the Petition for Order of Protection and Restraining Order (Pages 44-49 of the Complaint , Dkt. at 1,2 ) , defendant felon Brooks is assigned by defendant Hall for a '**LIMITED SCOPE**" to hear an SOJ for cause on a State case; thereafter to send the case to the clerk system for **RANDOM ASSIGNMENT pursuant to GENERAL ORDER NO. 3.1,1.9 of Cook county.**

15. As narrated in the complaint, even for hearing an SOJ for cause defendant Brooks is *deprived, denied, and stripped* of jurisdiction as the state case is on Appellate Court jurisdiction.; Appellate mandate.

16. The SOJ for cause itself is filed due to the defendant Marian Perkins abuses, harassment, corruption and bribery scheme to "fix case" . The residual Negro slave Perkins, just like the defendant Negro felon Brooks , allowed her "masters" – the law firm and lawyers with whom defendants have '*conjugal and cozy'* relationship to enter through her *back door;* entertained *exparte* filings; *exparte* proposed orders , '*sold'* orders for cash like the felon Brooks, keeping the Plaintiffs in *dark and oblivious* of defendant Perkins , Brooks *clandestine* criminal activities, which triggered SOJ for cause.

17. It is clear now that these two Niger thugs and felons-Brooks and Perkins *criminally colluded* with each other and are part of felony RICO style crime to deny the rights of the Plaintiff's; engaged in criminal collusion to obstruct justice and the pattern is obvious. These abuses, violations of law, violation of General Order NO. 3.1,1.9 of Cook county as to random assignment; violation of *every* judicial canons of ethics are aided, abetted by defendant Hall to enhance her own *pecuniary interest* and 'political calculations' for a likely retention ballot.

18. The defendant felon Brooks, Perkins are a new generation of 'slaves' in black robe, whose new 'Masters' are now big banner law firms and scorpion lawyers who gets ther 'way through 'backdoor' to 'fix cases" for their white collar criminal clients, as part of a 'back door deal' unknown sums of monies , bribes pumped through the 'back door' to the felon Brooks. Defendant Muhammad and 'mistress' of felon Brooks *played the role* as *handler*, *'henchman'* who as *a 'prelude'* to enhance her own pecuniary interest to land on a job with the law firms and *aided* defendant felon Brooks in his criminal overtures. [1]

---

[1] Muhammad with her "STELLAR" RESUME!" for allegedly working as "law clerk" for defendant felon Lloyd Brooks lied she is an attorney whereas discovery showed Muhammad doesn't even have a law degree; *neither* has taken Bar exam; *nor* her name show as licensed in ARDC roster.The ONLY qualification for Muhammad is for hired as "law clerk"

19. The defendant felon criminally attempting to "own the state case" (despite having NO jurisdiction) ; <u>criminally , tacitly, covertly attempting to alter the "limited scope"</u> assignment to rule on SOJ into a *cunningly orchestrated , criminally masterminded pseudo random assignment*; burning the bridges of judiciary and rules of 'Random assignment'- GENERAL ORDER NO. 3.1,1.9 of Cook county.

20. Such abuses include the defendant Negro slave and felon Brooks allowing his "Master" to enter through *back door* to file *exparte* filings on a NON-JURISDICTIONAL, NON-EXISTENT CASE. (Dkt.at 1, 2 )

21. Defendant Hall turned *deaf ears and blind eyes* to the abuses by felon Brooks of Plaintiffs' right for random assignment , a clear breach General order 3.1,1.9 of Cook county; flagrant, willful, vicious , malicious civil and criminal violations under Title 18 U.S.C § 241 - Denying , Disenfranchising the rights of Plaintiffs; flagrant, willful, vicious, malicious Civil and criminal violations of Due Process clause of the Fourteenth Amendment Rights to the United States Constitution; flagrant, willful, vicious, malicious Civil and criminal violations of the First Amendment Rights to the United States Constitution.

22. Despite defendant Sophia Hall <u>put on notice of the felonious abuses</u> by the *rookie crook* defendant felon Lloyd Brooks abuses; noticed of felon Brooks *covertly and tacitly* attempting to *circumvent* , *bypass* defendant Hall order <u>for limited scope assignment to hear SoJ;</u> noticed of felon Brooks criminal attempts to *covertly and tacitly* attempting to circumvent "random assignment" rules and attempting to "own" the case; despite the case in Appellate court jurisdiction, defendant Hall ignored the notices of abuses which included demand for suspension of felon Brooks. (**refer Exhibit D to Complaint-Dkt.1**) .

---

is Muhammad is a "bedfellow" and "mistress" for felon Brooks. As such, defendant Maryam Muhammad engaged in unauthorized, illegal act as "law clerk ", and deceptively portrayed herself to have a law degree; admitted to Bar.

23. Thus, defendant Hall violated the Plaintiff ; is a *criminal accomplice* and part of a RICO style crime of conspiracy to "fix" cases for her wealthy campaign contributor.

24. Despite the Hall violating every judicial canons of ethics, laughably and amusingly she is still on the bench .

25. As proximate cause of defendant Hall and Perkins abuses; criminal acts of circumventing judiciary to 'fix cases'; criminal obstruction of justice; violated Plaintiffs' constitutional rights, aiding, abetting, and contributing to the criminal acts by felon Brooks and Hall as willing criminal accomplice committed intentional torts Plaintiff John Doe and soon to be added Jane Doe , suffered damages.

26. As proximate cause of defendant Hall and Perkins malicious, vicious, deliberate, wanton abuses and felony tort acts ,where none of the acts will have <u>qualified or absolute</u> immunity as <u>will be further briefed</u> as this case *sails* through the docket, Plaintiff John Doe and the soon to be added Plaintiff Jane Doe, suffered damages.

27. Plaintiffs transpose, and repeat all the counts pleaded in the original complaint as fully applicable and as pleaded against the defendants Marian Emily Perkins and Sophia Harriet Hall.

**WHEREFORE**, Plaintiff John Doe requests this Honorable Court to enter judgment in his favor and against the **individual** defendants Marian Emily Perkins and Sophia Harriet Hall in an amount of **FORTY Million dollars** plus attorney's fees and costs; punitive damages and such damages to be determined by the Trier of Facts before a Jury.

Respectfully submitted.

By: /<u>s/**John Doe**</u>

Dated: December 30, 2024